## DICKEY *v.* GEORGIA & ALABAMA RAILWAY CO.

*Simmons, C. J.*—The writ of error in this case is dismissed for the reasons stated in the syllabus in *Ingram* v. *Clarke*, 96 *Ga.* 777. And see: *Kirby* v. *Lippincott, Ogelvie & Co. et al.*, 98 *Ga.* 426; *Augusta Southern Ry. Co.* v. *Williams*, 99 *Ga.* 76.

July 13, 1896. By two Justices.                    *Writ of error dismissed*

*Williams & Land*, for plaintiff.
*E. A. Hawkins*, for defendant.